UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.    CRIMINAL CASE NO. 1:24-CR-0392 (MAD)

KRIS ROGLIERI,

Defendant.

---

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order entered on January 30, 2025. (Dkt. No. 71).

DATED: February 5, 2025

Respectfully submitted,
OFFICE OF FEDERAL PUBLIC DEFENDER

By:  s/ James P. Egan, Esq.
Assistant Federal Public Defender
Bar Roll No. 515300
4 Clinton Square, 3rd Floor
Syracuse, New York 13202
315-701-0080

TO:   United States Attorney's Office (via CM/ECF)

APPEAL

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.2)] (Albany)
# CRIMINAL DOCKET FOR CASE #: 1:24–cr–00392–MAD All Defendants
*Internal Use Only*

Case title: USA v. Roglieri

Magistrate judge case number: 1:24–mj–00261–CFH

Date Filed: 09/19/2024

Assigned to: U.S. District Judge Mae A. D'Agostino

**Defendant (1)**

| | | |
|---|---|---|
| **Kris Roglieri** | represented by | **Matthew E. Trainor**<br>Office of the Federal Public Defender – Albany Office<br>Northern District of New York<br>54 State Street – Suite 310<br>Albany, NY 12207<br>518–436–1850<br>Fax: 518–436–1780<br>Email: matthew_trainor@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Active*<br>*Fee Status: waived_2023*<br><br>**James P. Egan**<br>Office of the Federal Public Defender – Syracuse Office<br>4 Clinton Square, 3rd Floor<br>Syracuse, NY 13202<br>315–701–0080<br>Fax: 315–701–0081<br>Email: James_Egan@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: waived_2023*<br><br>**Jeremy B. Sporn**<br>Office of the Federal Public Defender – Albany Office<br>54 State Street – Suite 310<br>Albany, NY 12207<br>518–436–1850<br>Email: jeremy_sporn@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Active*<br>*Fee Status: waived_2023* |

| **Pending Counts** | **Disposition** |
|---|---|

18:1343 Wire Fraud with Forfeiture Allegation (1–5)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1343 Wire Fraud | |

---

**Plaintiff**

**USA**          represented by     **Joshua R. Rosenthal**
Office of United States Attorney – Albany
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, NY 12207–2924
518–431–0389
Email: joshua.rosenthal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*
*Fee Status: waived_2023*

**Michael S. Barnett**
Office of United States Attorney – Albany
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, NY 12207–2924
518–431–0247
Fax: 518–431–0429
Email: michael.barnett@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*
*Fee Status: waived_2023*

**Elizabeth A. Conger**
U.S. Attorney's Office, Northern District of New York
100 South Clinton St.
Syracuse, NY 13261–7198
315–448–0672
Fax: 315–448–0689
Email: Elizabeth.Conger@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*
*Fee Status: paid_2023*

**Melissa O'Brien Rothbart**
Office of the United States Attorney –
Syracuse
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261–7198
315–448–0671
Email: Melissa.Rothbart@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*
*Fee Status: paid_2023*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2024 | 1 | CRIMINAL COMPLAINT as to Kris Roglieri (2). (tab) [1:24−mj−00261−CFH] (Entered: 05/31/2024) |
| 05/28/2024 | 4 | MOTION to Seal Case by USA as to Kris Roglieri. (tab) [1:24−mj−00261−CFH] (Entered: 05/31/2024) |
| 05/28/2024 | 5 | ORDER granting 4 Motion to Seal Case as to Kris Roglieri (2). Signed by Magistrate Judge Christian F. Hummel on 5/28/2024. (Attachments: # 1 Public Order)(tab) [1:24−mj−00261−CFH] (Entered: 05/31/2024) |
| 05/31/2024 |  | Case unsealed as to Kris Roglieri (tab) [1:24−mj−00261−CFH] (Entered: 05/31/2024) |
| 05/31/2024 |  | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Initial Appearance as to Kris Roglieri held on 5/31/2024. Appearances by AFPD Michael McGeown−Walker for the defendant; AUSA Joshua Rosenthal and AUSA Michael Barnett for the government; USPO Amy Brancatelli, present. The Court issues the oral Rule 5(f) Reminder of Prosecutorial Obligation Order. The government moves for the complaint to be unsealed and that motion is granted. The Defendant is advised of his rights and the maximum penalties are stated. The government moves for detention as a danger to the community and as a risk of flight and requests a continuance. Defense requests a hearing be scheduled and will arrange for a pretrial services interview to be completed. A Detention Hearing is set for 6/3/2024 @ 3:00 PM in Albany before Magistrate Judge Christian F. Hummel. Defndant is remanded to the custody of the U.S. Marshal pending the detention hearing. (Court Reporter FTR Recorded)[12:05pm−12:11pm] (tab) [1:24−mj−00261−CFH] (Entered: 05/31/2024) |
| 06/03/2024 | 6 | Letter from USA as to Kris Roglieri requesting limited sealing of government's letter−motion for pretrial detention (Attachments: # 1 Redacted Version of Government's Letter−Motion for Pretrial Detention)(Rosenthal, Joshua) [1:24−mj−00261−CFH] (Entered: 06/03/2024) |
| 06/03/2024 | 7 | PRETRIAL SERVICES INVESTIGATION REPORT – [LODGED] as to Kris Roglieri. **[This document has been electronically lodged with the Court and is viewable by ONLY the attorney for the government, the attorney for the defendant, and the presiding judge. Any further distribution or dissemination is prohibited.]** (anp, ) [1:24−mj−00261−CFH] (Entered: 06/03/2024) |
| 06/03/2024 | 8 | TEXT ORDER granting 6 Letter from USA requesting limited sealing of government's letter−motion for pretrial detention as to Kris Roglieri (2): the redacted letter, filed as attachment to Dkt. no. 6 is accepted as filed. Authorized by Magistrate Judge Christian F. Hummel on 6/3/2024.(tab) [1:24−mj−00261−CFH] (Entered: 06/03/2024) |
| 06/03/2024 | 9 | TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kris Roglieri. Because the defendant has testified under oath or has otherwise satisfied this court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require it is hereby ORDERED that: The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the defendant and shall file a notice of appearance with the Clerk of Court. So Ordered by Magistrate Judge Christian F. Hummel on 6/3/2024. (tab) [1:24−mj−00261−CFH] (Entered: 06/03/2024) |

| | | |
|---|---|---|
| 06/03/2024 | 10 | RULE 5(f) ORDER as to Kris Roglieri: This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, to confirm the Government's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. Signed by Magistrate Judge Christian F. Hummel on 6/3/2024. (tab) [1:24–mj–00261–CFH] (Entered: 06/03/2024) |
| 06/03/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Detention Hearing as to Kris Roglieri held on 6/3/2024. Appearances by AFPD Jeremy Sporn for the defendant; AUSA Joshua Rosenthal and AUSA Michael Barnett for the government; USPO Amy Brancatelli, present. The government moves for detention as a danger to the community and agrees with the recommendation of pretrial services for detention. Defense argues for release. After arguments are heard, the Court detains defendant as a danger o the community and Deft is remanded to the custody of the U.S. Marshal. Defense also waives the preliminary hearing at this time, reserving the right to request a hearing at a later date if it becomes necessary. (Court Reporter Jacqueline Stroffolino)[3:13pm–4:05pm] (tab) [1:24–mj–00261–CFH] (Entered: 06/03/2024) |
| 06/03/2024 | 11 | ORDER OF DETENTION as to Kris Roglieri. Signed by Magistrate Judge Christian F. Hummel on 6/3/2024. (tab) [1:24–mj–00261–CFH] (Entered: 06/04/2024) |
| 06/05/2024 | 12 | Arrest Warrant Returned Executed on 5/31/2024, in case as to Kris Roglieri (mmg). [1:24–mj–00261–CFH] (Entered: 06/05/2024) |
| 06/11/2024 | 13 | STIPULATION by USA to exclude Speedy Trial Act time (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 06/11/2024) |
| 06/11/2024 | 14 | NOTICE OF ATTORNEY APPEARANCE: Matthew E. Trainor appearing for Kris Roglieri (Trainor, Matthew) [1:24–mj–00261–CFH] (Entered: 06/11/2024) |
| 06/12/2024 | 15 | ORDER APPROVING THE STIPULATION TO CONTINUE – Ends of Justice as to Kris Roglieri. Time excluded from 6/12/2024 until 8/11/2024. Signed by Magistrate Judge Christian F. Hummel on 6/12/2024. (egr) [1:24–mj–00261–CFH] (Entered: 06/12/2024) |
| 07/12/2024 | 16 | SEALED DOCUMENT – maintained in Clerk's Office and not available for electronic viewing (tab) (tab, ). [1:24–mj–00261–CFH] (Entered: 07/12/2024) |
| 07/13/2024 | 17 | Letter from Matthew E. Trainor as to Kris Roglieri requesting a new detention hearing (Trainor, Matthew) [1:24–mj–00261–CFH] (Entered: 07/13/2024) |
| 07/15/2024 | 18 | TRANSCRIPT REQUEST by USA as to Kris Roglieri for proceedings held on 5/31/24 and 6/3/24 before Judge Christian F. Hummel. (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 07/15/2024) |
| 07/15/2024 | 19 | Letter from USA as to Kris Roglieri requesting deadline for government's opposition to Dkt. # 17 (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 07/15/2024) |
| 07/15/2024 | 20 | NOTICE OF ATTORNEY APPEARANCE: Jeremy B. Sporn appearing for Kris Roglieri as co–counsel with/for Attorney: with Matthew Trainor (Sporn, Jeremy) [1:24–mj–00261–CFH] (Entered: 07/15/2024) |
| 07/18/2024 | 21 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Kris Roglieri: Detention Hearing held on 6/3/2024 before Judge Christian F. Hummel, Court Reporter: Jacqueline Stroffolino, Telephone number: 518–257–1894. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/8/2024. Redacted Transcript Deadline set for 8/19/2024. Release of Transcript Restriction set for 10/16/2024. Notice of Intent to Redact due by 7/23/2024 (jxs, ) |

| | | |
|---|---|---|
| | | [1:24–mj–00261–CFH] (Entered: 07/18/2024) |
| 07/19/2024 | 22 | Letter from defense counsel as to Kris Roglieri opposing Government request for additional briefing time (Sporn, Jeremy) [1:24–mj–00261–CFH] (Entered: 07/19/2024) |
| 07/19/2024 | 23 | Letter from USA as to Kris Roglieri regarding defense's letter at Dkt. # 22 (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 07/19/2024) |
| 07/22/2024 | 24 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Kris Roglieri: FTR–recorded Initial Appearance held on 5/31/2024 before Judge Christian F. Hummel, Court Reporter/Transcriber: Jacqueline Stroffolino, Telephone number: 518–257–1894. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/12/2024. Redacted Transcript Deadline set for 8/22/2024. Release of Transcript Restriction set for 10/21/2024. Notice of Intent to Redact due by 7/29/2024 (jxs, ) [1:24–mj–00261–CFH] (Entered: 07/22/2024) |
| 07/22/2024 | 25 | Letter from William J. Dreyer as to Kris Roglieri request to allow limited appearance (Dreyer, William) [1:24–mj–00261–CFH] (Entered: 07/22/2024) |
| 07/23/2024 | 26 | Letter from USA as to Kris Roglieri requesting limited sealing of government's letter in opposition to Dkt. # 17 (Attachments: # 1 Redacted Version of Government's Letter in Opposition to Dkt. # 17)(Rosenthal, Joshua) (Additional attachment(s) added on 7/30/2024: # 2 Un–redacted version of opposition letter) (tab, ). [1:24–mj–00261–CFH] (Entered: 07/23/2024) |
| 07/26/2024 | 27 | Letter from USA as to Kris Roglieri correction to page six of Dkt. # 26–1 (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 07/26/2024) |
| 07/26/2024 | 28 | TEXT ORDER as to Kris Roglieri: Defendant's Reply to Response to Motion [Dkt. no. 17] is due by 5:00pm on 7/29/2024. Authorized by Magistrate Judge Christian F. Hummel on 7/26/2024. (tab) [1:24–mj–00261–CFH] (Entered: 07/26/2024) |
| 07/29/2024 | 30 | Letter from Defense counsel, as to Kris Roglieri, requesting to seal Reply to Opposition (Attachments: # 1 Redacted Reply)(tab) (Additional attachment(s) added on 7/30/2024: # 2 Un–redacted version of reply to opposition) (tab, ). [1:24–mj–00261–CFH] (Entered: 07/30/2024) |
| 07/30/2024 | 29 | TEXT ORDER granting 26 Letter from USA as to Kris Roglieri, requesting limited sealing of government's letter in opposition to Dkt. # 17 : The Court directs to file the un–redacted version, under seal, as an attachment to Dkt. no. 26 . Authorized by Magistrate Judge Christian F. Hummel on 7/30/2024.(tab) [1:24–mj–00261–CFH] (Entered: 07/30/2024) |
| 07/30/2024 | 31 | TEXT ORDER granting 30 Letter from Defendant as to Kris Roglieri requesting to seal Reply to Opposition : Clerk is directed to file the Unredacted version, under seal, as an attachment in Dkt. no. 30 . Authorized by Magistrate Judge Christian F. Hummel on 7/30/2024.(tab) [1:24–mj–00261–CFH] (Entered: 07/30/2024) |
| 08/05/2024 | 32 | DECISION AND ORDER denying the # 17 Letter requesting a new detention hearing. Signed by Magistrate Judge Christian F. Hummel on 8/5/2024. (mmg). [1:24–mj–00261–CFH] (Entered: 08/05/2024) |
| 08/05/2024 | 33 | STIPULATION by USA to exclude Speedy Trial Act time (Rosenthal, Joshua) [1:24–mj–00261–CFH] (Entered: 08/05/2024) |
| 08/06/2024 | 34 | ORDER APPROVING THE STIPULATION TO CONTINUE – Ends of Justice as to Kris Roglieri. Time excluded from 8/6/2024 until 9/6/2024. Signed by Magistrate Judge Christian F. Hummel on 8/6/2024. (tab) [1:24–mj–00261–CFH] (Entered: |

| | | |
|---|---|---|
| | | 08/06/2024) |
| 09/19/2024 | 35 | INDICTMENT as to Kris Roglieri (2) count(s) 1–5. (egr) (Entered: 09/19/2024) |
| 09/19/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Daniel J. Stewart:GRAND JURY makes a partial report and returns Indictment. Tally Sheet is ordered sealed. (Court Reporter: Sheila Sharp) (egr) (Entered: 09/19/2024) |
| 09/19/2024 | 38 | TEXT NOTICE TO COUNSEL FOR DEFENDANT:An Indictment dated September 19, 2024 regarding your client has been filed with the Court. In the event Defendant wishes to waive appearance at formal arraignment, the attached waiver must be signed by defendant and defendant's counsel, and electronically filed with the Court by 9/26/2024. If the Court does not receive the signed Waiver by that date, the Court will immediately schedule the arraignment of your client with little advance notice due to Speedy Trial issues. (egr) (Entered: 09/19/2024) |
| 09/20/2024 | 39 | NOTICE OF ATTORNEY APPEARANCE: Elizabeth A. Conger appearing for USA as co−counsel with Attorney Joshua Rosenthal and Michael Barnett *for the forfeiture aspect of the case.* (Conger, Elizabeth) (Entered: 09/20/2024) |
| 09/27/2024 | 40 | NOTICE OF HEARING as to Kris Roglieri: Arraignment set for 9/30/2024 at 2:00 PM in Albany before Magistrate Judge Daniel J. Stewart. (egr) (Entered: 09/27/2024) |
| 09/27/2024 | 41 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Kris Roglieri (Trainor, Matthew) (Entered: 09/27/2024) |
| 09/30/2024 | 42 | ORDER as to Kris Roglieri approving 41 Waiver of Presence at Arraignment filed by Kris Roglieri. Signed by Magistrate Judge Christian F. Hummel on 9/30/2024. (tab) (Entered: 09/30/2024) |
| 09/30/2024 | 43 | CRIMINAL PRETRIAL SCHEDULING ORDER as to Kris Roglieri. Motions to be filed by 10/28/2024. Jury Trial set for 12/2/2024 @ 9:30 AM in Albany before U.S. District Judge Mae A. D'Agostino. Signed by Magistrate Judge Christian F. Hummel on 9/30/2024. (tab) (Entered: 09/30/2024) |
| 10/02/2024 | 44 | STIPULATION by USA to exclude Speedy Trial Act time (Attachments: # 1 Proposed Order/Judgment)(Rosenthal, Joshua) (Entered: 10/02/2024) |
| 10/03/2024 | 45 | Stipulation and ORDER TO CONTINUE – Ends of Justice as to Kris Roglieri Time excluded from 10/3/24 until 12/31/24: The Jury Trial is set for 2/24/2025 at 09:30 AM in Albany before U.S. District Judge Mae A. D'Agostino; The Final Pretrial Conference is set for 2/18/2025 at 10:00 AM in Albany before U.S. District Judge Mae A. D'Agostino; Pretrial Submissions due by 2/10/2025; A change of plea shall be entered on or before 2/7/25; Motions to be filed by 1/17/2025, and shall be made returnable ON SUBMIT; Discovery by USA due 1/3/25; Reciprocal Discovery by the defendant due 1/10/25.Signed by U.S. District Judge Mae A. D'Agostino on 10/3/24. (ban) (Entered: 10/07/2024) |
| 10/25/2024 | 46 | NOTICE OF ATTORNEY APPEARANCE: Melissa O'Brien Rothbart appearing for USA as co−counsel with Attorney Joshua Rosenthal and Michael Barnett *for the monetary penalty aspect of the case* (Rothbart, Melissa) (Entered: 10/25/2024) |
| 10/25/2024 | 47 | Medical Records filed as to Kris Roglieri (Trainor, Matthew) (Entered: 10/25/2024) |
| 10/25/2024 | 48 | Letter from Matthew E. Trainor as to Kris Roglieri requesting reopening of detention hearing (Attachments: # 1 Exhibit(s) Redacted Release & Treatment Plan)(Trainor, Matthew) (Additional attachment(s) added on 11/7/2024: # 2 Exhibit 1−Unredacted) (tab, ). (Entered: 10/25/2024) |
| 10/25/2024 | 49 | Letter from USA as to Kris Roglieri requesting deadline to oppose Dkt. # 48 (Rosenthal, Joshua) (Entered: 10/25/2024) |
| 10/25/2024 | 50 | TEXT ORDER granting 49 Letter Request from the government re: response deadline to 48 Letter from Matthew E. Trainor as to Kris Roglieri requesting reopening of detention hearing : The government's Response to Motion is due by 11/1/2024. Authorized by Magistrate Judge Christian F. Hummel on 10/25/2024.(tab) (Entered: 10/25/2024) |

| | | |
|---|---|---|
| 11/01/2024 | 51 | Letter from USA as to Kris Roglieri requesting limited sealing of government's letter in opposition to Dkt. # 48 (Attachments: # 1 Redacted Version of Government's Letter in Opposition to Dkt. # 48)(Rosenthal, Joshua) (Additional attachment(s) added on 11/5/2024: # 2 Un−redacted version of opposition letter) (tab, ). (Entered: 11/01/2024) |
| 11/04/2024 | 52 | Letter from Matthew E. Trainor as to Kris Roglieri requesting opportunity to reply to govt response (Trainor, Matthew) (Entered: 11/04/2024) |
| 11/05/2024 | 53 | TEXT ORDER granting 52 Letter Requesting permission to file a reply. RE 48 Letter from Matthew E. Trainor as to Kris Roglieri requesting reopening of detention hearing : Reply to Response to Motion due by 11/6/2024. Authorized by Magistrate Judge Christian F. Hummel on 11/5/2024.(tab) (Entered: 11/05/2024) |
| 11/05/2024 | 54 | TEXT ORDER granting 51 Letter requesting limited sealing of government's letter in opposition to Dkt. # 48, as to Kris Roglieri (1). Authorized by Magistrate Judge Christian F. Hummel on 11/5/2024.(tab) (Entered: 11/05/2024) |
| 11/06/2024 | 55 | Letter from Matthew E. Trainor as to Kris Roglieri in reply to government's letter in opposition Dkt #51 (Attachments: # 1 Exhibit(s))(Trainor, Matthew) (Additional attachment(s) added on 11/7/2024: # 2 Un−redacted version of reply to opposition) (tab, ). (Main Document 55 replaced on 11/7/2024) (tab, ). (Entered: 11/06/2024) |
| 11/15/2024 | 56 | TEXT ORDER granting (in part) 48 Letter Requesting to re−open a detention hearing, as to Kris Roglieri (1): A Hearing is now set for Friday, 11/22/2024 @ 1:30 PM in Albany. The Court will first hear arguments to determine whether or not Defendant can demonstrate changed circumstances that warrant a new detention hearing. If the Court grants the request for a new detention hearing, the hearing will be immediately held. Where applicable, the government is directed to make their best efforts to see that any known crime victims are notified of, and accorded, the rights described in 18 U.S.C. section 3771(a) including, but not limited to the scheduling of public court proceedings. So Ordered. Authorized by Magistrate Judge Christian F. Hummel on 11/15/2024.(tab) (Entered: 11/15/2024) |
| 11/22/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Detention Hearing as to Kris Roglieri held on 11/22/2024. Appearances by AFPD Matt Trainor and AFPD Jeremy Sporn, for the defendant; AUSA Joshua Rosenthal and AUSA Michael Barnett for the government. USPO Amy Brancatelli, present. Arguments are heard on the issue of whether or not Defense has met it's burden to warrant the re−opening of a detention hearing. The Court rules in favor of Defendant and grants the motion to re−open the detention hearing, Due to congestion in the Court's calendar, that hearing cannot proceed immediately and is reset for 11/25/2024 @ 2:00pm. Defendant is remanded. (Court Reporter Lisa Tennyson)[1:38pm−2:17pm] (tab) (Entered: 11/25/2024) |
| 11/25/2024 | 57 | COURT NOTICE OF HEARING as to Kris Roglieri: A Detention Hearing is now set for 11/25/2024 @ 2:00 PM in Albany before Magistrate Judge Christian F. Hummel. The hearing will be held in Courtroom #6, 1st floor.(tab) (Entered: 11/25/2024) |
| 11/25/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Detention Hearing as to Kris Roglieri held on 11/25/2024. Appearances by AFPD Matt Trainor and AFPD Jeremy Sporn, for the defendant; AUSA Joshua Rosenthal and AUSA Michael Barnett for the government. USPO Amy Brancatelli, present. Defense calls Dr. Colistra (appearing virtually) who is sworn and is questioned on direct, cross and redirect. Arguments continue by proffer by both sides. The Court finds defendant to not be a risk of flight, but does find him to continue to be a danger to the community. Defendant remains detained and in the custody of the U.S. Marshal. (Court Reporter Lisa Mazzei)[2:00pm−4:45pm] (tab) (Entered: 11/26/2024) |
| 11/26/2024 | 58 | TEXT ORDER as to Kris Roglieri: After arguments were heard during the renewed detention hearing on 11/25/2024, the Court finds that the Defendant remains a danger to the community for the reasons stated at the conclusion of the hearing. The Defendant shall remain detained in the custody of the U.S. Marshal pending trial. So Ordered. Authorized by Magistrate Judge Christian F. Hummel on 11/26/2024. (tab) (Entered: 11/26/2024) |
| 12/04/2024 | 59 | TRANSCRIPT REQUEST *detention hearing* by Kris Roglieri for proceedings held on 11/25/2024 before Judge Hummel. (Trainor, Matthew) (Entered: 12/04/2024) |

| | | |
|---|---|---|
| 12/06/2024 | 60 | APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order, (Trainor, Matthew) (Entered: 12/06/2024) |
| 12/11/2024 | | TEXT NOTICE SETTING DEADLINES re 60 APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order: The Appeal of Magistrate Judge – Pretrial Order to District Court was filed in this case on 12/6/24 [Dkt. no. 60]; The Defendant's Brief in Support of that Appeal is to be filed on or before 12/20/24. The Government's responsive brief will be due on or before 1/3/2025. The motion will be decided on the submission of the papers only. NO personal appearances are necessary. (ban) (Entered: 12/11/2024) |
| 12/19/2024 | 61 | STIPULATION by USA to exclude Speedy Trial Act time (Attachments: # 1 Proposed Order/Judgment)(Rosenthal, Joshua) (Entered: 12/19/2024) |
| 12/19/2024 | 62 | Stipulation and ORDER TO CONTINUE – Ends of Justice as to Kris Roglieri Time excluded from 12/19/24 until 3/18/25: The Jury Trial is reset for 5/19/2025 at 09:30 AM in Albany before U.S. District Judge Mae A. D'Agostino; The Final Pretrial Conference is set for 5/13/2025 at 10:00 AM in Albany before U.S. District Judge Mae A. D'Agostino; Pretrial Submissions due by 5/5/2025; A change of plea shall be entered on or before 5/2/25; Motions to be filed by 4/4/2025, and shall be made returnable ON SUBMIT; Discovery by USA due 3/21/25; Reciprocal Discovery by the defendant due 3/28/25. Signed by U.S. District Judge Mae A. D'Agostino on 12/19/24. (ban) (Entered: 12/19/2024) |
| 12/20/2024 | 63 | Letter from Matthew E. Trainor as to Kris Roglieri requesting additional time to file briefs (Trainor, Matthew) (Entered: 12/20/2024) |
| 12/20/2024 | 64 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Kris Roglieri: Detention Hearing held on 11/25/2024 before Judge Christian F. Hummel, Court Reporter/Transcriber: Lisa M. Mazzei,Telephone number: (315) 266–1176. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/10/2025. Redacted Transcript Deadline set for 1/21/2025. Release of Transcript Restriction set for 3/20/2025. Notice of Intent to Redact due by 12/26/2024 (Mazzei, Lisa) (Additional attachment(s) added on 12/20/2024: # 1 Sealed (Un–redacted) Transcript) (tab, ). (Entered: 12/20/2024) |
| 12/23/2024 | 65 | TEXT ORDER granting 63 Letter Request re 60 APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order: It is hereby ORDERED that the defendant's request for an extension of time to submit briefs re 60 Appeal of Magistrate Judge Pretrial Order, is GRANTED; Defense Brief due by 12/27/2024, Government Response due by 1/10/2025. Signed by U.S. District Judge Mae A. D'Agostino on 12/23/24.(ban) Modified on 12/23/2024 (ban). (Entered: 12/23/2024) |
| 12/27/2024 | 66 | MEMORANDUM OF LAW *in Support of Appeal of Pretrial Detention Order* (Attachments: # 1 Exhibit(s) Attorney Affirmation)(Trainor, Matthew) (Entered: 12/27/2024) |
| 01/10/2025 | 67 | RESPONSE in Opposition by USA as to Kris Roglieri re 60 APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order, *and Dkt. # 66* (Rosenthal, Joshua) (Entered: 01/10/2025) |
| 01/14/2025 | 68 | Letter from Matthew E. Trainor as to Kris Roglieri requesting to file a brief reply to government's response. (Trainor, Matthew) (Entered: 01/14/2025) |
| 01/15/2025 | 69 | TEXT ORDER granting 68 Letter Request for leave to file a reply re 60 APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order: It is hereby ORDERED that the defendant's request to file a reply brief is GRANTED; Reply brief due by 1/17/2025. Signed by U.S. District Judge Mae A. |

|            |    |                                                                                                                                                                                                                                                                 |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | D'Agostino on 1/15/25.(ban) (Entered: 01/15/2025)                                                                                                                                                                                                               |
| 01/17/2025 | 70 | REPLY TO RESPONSE to Motion by Kris Roglieri re 60 APPEAL OF MAGISTRATE JUDGE – PRETRIAL ORDER to District Court by Kris Roglieri re 58 Order, (Trainor, Matthew) (Entered: 01/17/2025)                                                                          |
| 01/30/2025 | 71 | MEMORANDUM−DECISION AND ORDER denying 60 Appeal of Magistrate Judge Decision to District Court as to Kris Roglieri (1). Signed by U.S. District Judge Mae A. D'Agostino on 01/30/25.(ban) (Entered: 01/30/2025)                                                  |
| 01/31/2025 | 72 | Letter from USA as to Kris Roglieri requesting protective order (Rosenthal, Joshua) (Entered: 01/31/2025)                                                                                                                                                        |
| 01/31/2025 | 73 | PROTECTIVE ORDER granting 72 Letter Request for a Protective Order, as to Kris Roglieri (1). Signed by U.S. District Judge Mae A. D'Agostino on 01/31/2025.(ban) (Entered: 01/31/2025)                                                                           |
| 02/05/2025 | 74 | NOTICE OF ATTORNEY APPEARANCE: James P. Egan appearing for Kris Roglieri as Co−Counsel with/for Attorney: Matthew Trainor, Esq. and Jeremy Sporn, Esq. (Egan, James) (Entered: 02/05/2025)                                                                       |
| 02/05/2025 | 75 | NOTICE OF APPEAL (Interlocutory) by Kris Roglieri re 71 Order on Appeal of Magistrate Judge Decision to District Court. No fee paid. (Egan, James) (Entered: 02/05/2025)                                                                                         |