# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Albany - Main Office<br>54 STATE STREET<br>STE 310<br>ALBANY, NY 12207<br>(518) 436-1850<br>(518) 436-1780 FAX | **RESPOND TO<br>SYRACUSE OFFICE** | Syracuse - Branch Office<br>4 CLINTON SQUARE<br>3RD FLOOR<br>SYRACUSE, NY 13202<br>(315) 701-0080<br>(315) 701-0081 FAX |

**Lisa Peebles, Federal Public Defender**
**Anne LaFex, First Assistant**

March 10, 2025

Criminal Team
United States Court of Appeals
For the Second Circuit
United States Courthouse
40 Foley Square
New York, New York 10007

RE:  UNITED STATES V. KRIS ROGLIERI
  DOCKET NO. 25-277-cr

Dear Criminal Team:

On February 28, 2025, a Motion for Bail was filed on behalf of Appellant, Kris Roglieri. The motion included an Addendum that contains relevant materials from the district court, *i.e.,* filings from the parties and transcripts from two detention hearings, pertaining to Mr. Roglieri's pretrial detention. The parties were given permission from the Hon. Christian F. Hummel, United States Magistrate Judge, to file certain material with limited redactions. The Addendum includes these redacted filings. As noted in the Memorandum of Law filed with Mr. Roglieri's Motion for Bail, the corresponding unredacted versions of these filings have been submitted under seal to this Court with the filing of Mr. Roglieri's bail motion and they include:

- Government's June 2, 2024 Letter in Support of Detention pursuant to 18 U.S.C. §§ 3142(e), (f)(2)(B) with Exhibits. (Dkt. No. 6).

- The Pretrial Services Investigation Report. (Dkt. No. 7).

- Defendant's Exhibit 1 attached to Defendant's July 13, 2024, Letter requesting a new detention hearing. (Dkt. No. 16).

- Defendant's October 25, 2024, Letter requesting reopening of detention hearing with redacted Exhibit 1 (Release & Treatment Plan). (Dkt. No. 48).

- Government's November 1, 2024, Letter in opposition to Defendant's request to reopen the detention hearing. (Dkt. No. 51).

- Defendant's November 6, 2024, Letter replying to government's opposition. (Dkt. No.

55).

Also included are unredacted Government Exhibits 1-5 and Defendant's Exhibits 1 & 2, admitted during the November 25, 2024, Detention Hearing. These exhibits included previously sealed material from Docket Numbers 6, 16, 47, 48, as noted above.

Thank you.

Very truly yours,
OFFICE OF THE FEDERAL PUBLIC DEFENDER

By: *s/Melissa A. Tuohey, Esq.*
Assistant Federal Public Defender

MAT:rjh

cc: Joshua Rosenthal, AUSA
Kris Roglieri