**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: March 17, 2025
Docket #: 25-277
Short Title: United States of America v. Roglieri

DC Docket #: 1:24-cr-392-1
DC Court: NDNY (SYRACUSE)
Trial Judge - Mae A. D'Agostino

# NOTICE OF SUBMISSION DATE
# FOR DETERMINATION OF APPEAL

**Submission Date:**   Wednesday, March 26, 2025

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.