# Letter to the U.S. Court of Appeals for the Second Circuit

**Kris Roglieri**
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180
March 17, 2025

RECEIVED
2025 MAR 18 PM 3:08
U.S. COURT OF APPEALS

**Clerk of Court**
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: Request for Consideration of Ineffective Assistance of Counsel and Appointment of New Appellate Counsel**
**Case No.: 25-277**
**Petitioner: Kris Roglieri**

**Dear Clerk of the Court,**

I respectfully request that this letter be submitted to the Court for consideration in my pending appeal. I am writing to formally state that my **Sixth Amendment right to effective assistance of counsel has been violated** due to the failures of my appointed appellate counsel.

## Grounds for Ineffective Assistance of Counsel

My appellate counsel has failed to provide me with competent and effective legal representation in the following ways:

### 1. Failure to Communicate and Consult Before Filing

- My appellate counsel **submitted my appeal without consulting me** on both the initial submission and the reply to the government's response, despite my **explicit request** to review all filings before submission.
- I was **only informed about what had been filed a week after submission**, depriving me of the opportunity to provide input or correct errors.
- This failure violates **Strickland v. Washington, 466 U.S. 668 (1984)**, which establishes the standard for **ineffective assistance of counsel.**

### 2. Failure to Include Crucial Legal Arguments

- A critical issue in my appeal involves an **Adjournment in Contemplation of Dismissal (ACOD)** regarding a **gun charge.**
- The government has argued that a **gun charge pending in Warren County** supports its allegation that I pose a danger to the community.

- After arguing in **Warren County** that the **gun was not subject to the SAFE Act** and was merely a **display item hanging on my wall that was improperly seized**, my **defense attorney, Greg Teresi, in Warren County advised me that the prosecution offered to dispose of the case with an ACOD**.
- My **federal public defenders never consulted Mr. Teresi or rebutted the government's slanted argument** regarding the gun charge.
- My counsel **failed to adequately argue this issue**, which is **central to my defense and the outcome of my case**.
- The omission of key legal arguments constitutes **ineffective assistance of counsel** under **Strickland** and deprives me of my **right to a fair appeal**.

**3. Repeated Violation of My Right to Review Appeal Filings**

- After my attorneys, **Matthew Trainer and Jeremy Sporn from the Public Defenders' Office**, failed to consult me before filing the **first submission**, I specifically requested that my **appellate attorney allow me to review all future filings before submission**.
- Despite this, my attorneys—**Matthew Trainer, Jeremy Sporn, and my appellate attorney, Melissa A. Tuohey**—again **failed to inform me or allow me to review the second filing before submission**.
- When I finally saw the appellate submission, **I formally objected to it, but my counsel ignored my objections**.
- These failures resulted in a **lack of communication between my attorneys and me**, the **failure to include crucial legal arguments**, the **refusal to follow my explicit requests**, and **a complete failure to allow me to review arguments prior to submission to the Court**.

Because of these failures, **I have been denied my right to effective counsel under the Sixth Amendment**, and my **defense has been severely compromised**.

## Request for Relief

In light of these violations of my constitutional rights, I respectfully request that the Court:

1. **Disqualify my current appellate counsel** due to ineffective assistance.
2. **Appoint new appellate counsel** to represent me.
3. **Allow the newly appointed counsel to restart my appeal from the beginning**, ensuring that all relevant legal arguments and facts are properly presented.

Because this is my **final appeal on the issue of pre-trial detention**, I risk **losing my last opportunity for justice** due to ineffective counsel.

This case involves a **complex financial fraud allegation**, for which I have a **meritorious defense**. I have **vigorously fought against detention**, not only on the merits but also because I am **unable to prepare my defense properly while incarcerated** in county jail, given the fact that the government gave us 365,000 pages in discovery in my case.

It has been six months since I was indicted, and we expect another indictment in the next few months. Despite receiving the discovery materials from the government **months ago**, the **Federal Public Defender's Office still has not provided them to me.**

I respectfully urge the Court to intervene and uphold my **constitutional right to effective representation** before irreparable harm is done to my case.

I appreciate the Court's time and consideration of this **urgent** matter.

**Sincerely,**

**Kris Roglieri**
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180

Sworn to me this 17th day of March 2025

Kathleen A Grady
Notary Public, State of New York
NO. 01GR6044083
Qualified in Rensselaer County
Commission Expires 06/26/2026

RECEIVED
2025 MAR 18 PM 3:09
U.S. COURT OF APPEALS

Letter to the U.S. Court of Appeals for the Second Circuit

FROM

**Kris Roglieri**
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180
March 17, 2025

TO.

**Clerk of Court**
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD DK 0225

KRIS ROGLIERI
(713) 894-4626
RENSSELAER COUNTY JAIL
N-4 #45131
4000 MAIN ST
TROY NY 12180

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 17 MAR 2025

SHIP TO: CLERK OF COURT
US COURT OF APPEALS FOR THE SECOND
THURGOOD MARSHALL US COURTHOUSE
40 FOLEY SQUARE

NEW YORK NY 10007

NY 102 9-10

UPS NEXT DAY AIR 1

TRACKING #: 1Z 24X 69A 24 9054 9634

BILLING: P/P
SIGNATURE REQUIRED

MH2MBREZ7MW6E ISH 13.00F ZZP 450 00.5U 02/2025

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD DK 0225

KRIS ROGLIERI
(713) 894-4626
RENSSELAER COUNTY JAIL
N-4 #45131
4000 MAIN ST
TROY NY 12180

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 17 MAR 2025

SHIP TO: CLERK OF COURT
US COURT OF APPEALS FOR THE SECOND
THURGOOD MARSHALL US COURTHOUSE
40 FOLEY SQUARE

NEW YORK NY 10007

NY 102 9-10

UPS NEXT DAY AIR 1
TRACKING #: 1Z 24X 69A 24 9054 9634

BILLING: P/P
SIGNATURE REQUIRED

MH2MBREZ7MWGE ISH 19.00F ZZP 450 08.5V 02/2025

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD DK 0225

…f Appeals for the Second Circuit

TO.

…Court
…ates Court of Appeals for the Second Circuit
… Marshall U.S. Courthouse
…Square
…, NY 10007

…e regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and …ported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration …contrary to law is prohibited.
RRD DK 0225

ents on this side.

contain
nd must weigh
n those listed

no commercial
ts. Visit
s a document.

igh 8 oz. or less.
by weight.

nts of
akable items.

ts printed
r. Insert
the top.

This envelope is for use with the following services: UPS Next Day Air® UPS Worldwide Express® UPS 2nd Day Air®

Do not use this envelope for: UPS Ground UPS Standard UPS 3 Day Select® UPS Worldwide Expedited®

US COURT OF APPEALS FOR THE SEC
40 FOLEY SQ
NEW YORK NY 10007
P:PURPLE:FRNT 031
MUN-1021
1Z24X69A249054 9634 1030
SAT08485 XLE 02-1 Mar 18 07:18:12 2025
US 1001 HIPPS 25.3.2 SATOLR

ect to the rules relating to liability and other terms and/or conditions established International Carriage by Air (the "Warsaw Convention") and/or the Convention on "CMR Convention"). These commodities, technology or software were exported ations. Diversion contrary to U.S. law prohibited.

Serving you for more than 110 years
United Parcel Service.®

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

0101951033 04/21 PAC United Parcel Service