# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Albany - Main Office<br>54 STATE STREET<br>STE 310<br>ALBANY, NY 12207<br>(518) 436-1850<br>(518) 436-1780 FAX | **RESPOND TO<br>SYRACUSE OFFICE** | Syracuse - Branch Office<br>4 CLINTON SQUARE<br>3RD FLOOR<br>SYRACUSE, NY 13202<br>(315) 701-0080<br>(315) 701-0081 FAX |

**Lisa Peebles, Federal Public Defender**
**Anne LaFex, First Assistant**

March 19, 2025

Criminal Team
United States Court of Appeals
For the Second Circuit
United States Courthouse
40 Foley Square
New York, New York 10007

**RE:  UNITED STATES V. KRIS ROGLIERI**
         **DOCKET NO. 25-277-cr**

Dear Criminal Team:

Upon receipt of Mr. Roglieri's *pro se* filing set forth in Docket Number 28, defense counsel communicated with Mr. Roglieri today about the issues raised in his filing. After today's consultation, Mr. Roglieri has agreed to proceed with his Motion for Bail in the ordinary course.

Thank you.

Very truly yours,
OFFICE OF THE FEDERAL PUBLIC DEFENDER

By: *s/Melissa A. Tuohey, Esq.*
Assistant Federal Public Defender

MAT:rjh

cc: Joshua R. Rosenthal, AUSA
    Kris Roglieri