# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of March, two thousand twenty-five.

Present:  José A. Cabranes,
 Gerard E. Lynch,
 Steven J. Menashi,
  *Circuit Judges*.

_____

UNITED STATES OF AMERICA,

    *Appellee*,

v.

KRIS ROGLIERI,
    *Defendant-Appellant*.

**ORDER**

No. 25-277

_____

Defendant-Appellant Kris Roglieri moves for release pending trial pursuant to 18 U.S.C. § 3145(c) and Federal Rule of Appellate Procedure 9(a). The government opposes the motion.

Upon due consideration, it is hereby ORDERED that the motion is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

